Upon careful review, we conclude that this appeal falls within the scope of a valid appeal waiver that was contained in Cortez–Leon's written plea agreement, that he knowingly and voluntarily entered into the plea agreement and the appeal waiver, and that enforcing the appeal waiver would not result in a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue for appeal beyond the scope of the appeal waiver. Accordingly, we dismiss this appeal. We also grant defense counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

Ricky Gerald Moore, St. Louis, MO, pro se.

David Clifford Belt, U.S. Postal Service Office of Labor Law, Washington, DC, Nicholas P. Llewellyn, Eastern District of Missouri, St. Louis, MO, for Appellee.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Ricky Gerald Moore appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Moore, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**Ricky Gerald MOORE, Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 07–3390.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 14, 2009.

---

**UNITED STATES of America, Appellee,**

v.

**Victor C. HARRIS, Appellant.**

No. 08–3162.

United States Court of Appeals, Eighth Circuit.

Submitted: April 17, 2009.

Filed: April 30, 2009.

---

1. The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).